**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **LORI MALLORY, on behalf of herself and others similarly situated,** | ) | Case No.2:20-cv-240 |
| Plaintiff, | ) | Judge Michael H. Watson |
| vs. | ) | Magistrate Judge Kimberly A. Jolson |
| **ACLARA SMART GRID SOLUTIONS, LLC,** | ) | **ORDER AND JUDGMENT ENTRY APPROVING SETTLEMENT OF COLLECTIVE ACTION AND DISMISSING ACTION WITH PREJUDICE** |
| Defendant. | ) | |

THIS MATTER came before the Court upon the Parties' Joint Motion to Approve Collective Action Settlement. Having reviewed the Motion, having reviewed the Parties' settlement papers and the amounts to be paid to Plaintiff, the Potential Opt-In Plaintiffs, and for Plaintiff's attorneys' fees and costs, and the Court being otherwise fully advised on the Motion, it is **ORDERED AND ADJUDGED** as follows:

The Joint Motion is **GRANTED.** The Court finds that the Parties' proposed agreement to settle this action under the Fair Labor Standards Act (the "Settlement") was reached following arms' length negotiations between the Parties with the assistance of a third-party neutral mediator. The Court finds that the Settlement is fair, reasonable and equitable. The Settlement is **APPROVED.** The case is certified as a collective action for settlement purposes only. The Claims Administrator designated by the Parties is authorized to send the notices and issue the payments pursuant to the terms of the Settlement. Plaintiff's Counsel's request for attorneys' fees, costs, and expenses is **APPROVED.** The request for the service payment to Named Plaintiff is approved. This Court will retain jurisdiction to enforce the Settlement.

This Action is **DISMISSED WITH PREJUDICE** as a final judgment and this matter is closed.

IT IS SO ORDERED this 21st day of October, 2020.

Michael H. Watson

**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**